UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-22589-CIV-SEITZ/WHITE

JEROLD GIPSON,

        Petitioner,

v.

STATE OF FLORIDA,

        Respondent.

_____/

**ORDER ADOPTING REPORT AND CLOSING CASE**

THIS CAUSE is before the Court on the Report Re Dismissal for Failure to Obtain Authorization Pursuant to 28 U.S.C. § 2244(b)(3) [DE-7], issued by Magistrate Judge White. In that Report, Magistrate Judge White recommends that Petitioner's § 2244 Petition be dismissed as a successive motion barred by the one year statute of limitations set out in § 2244. Petitioner has filed no objections to the Report. Thus, having carefully reviewed, *de novo*, Magistrate Judge White's Report, the record, and given that Plaintiff has not objected, it is hereby

ORDERED that:

(1) The above-mentioned Report Re Dismissal for Failure to Obtain Authorization Pursuant to 28 U.S.C. § 2244(b)(3) [DE-7] is AFFIRMED and ADOPTED, and incorporated by reference into this Court's Order;

(2) Petitioner's Petition [DE-1] is DISMISSED;

(3) All pending motions not otherwise ruled upon in this Order are DENIED AS MOOT; and

(4) This case is CLOSED.

DONE AND ORDERED at Miami, Florida, this 30th day of August, 2011.

                                                                             PATRICIA A. SEITZ
                                                                             UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge White
        Counsel of Record/*Pro se* parties